IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| CHANCE MARLAR AND MICHAEL RASMUSSEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL NO. 2:15-cv-00241/GBW/SMV |
| BASIC ENERGY SERVICES, INC. A DELAWARE CORPORATION, D/B/A BASIC ENERGY SERVICES | § § § | |

ORDER GRANTING DEFENDANT BASIC ENERGY SERVICES INC.'S
FOURTH AMENDED UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Before the Court is Defendant Basic Energy Services Inc.'s Fourth Amended Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiffs' Original Complaint. The Court finds the Motion should be GRANTED. It is therefore ORDERED that the time for Defendant Basic Energy Services Inc. to answer or otherwise respond to Plaintiffs' Complaint is extended through and including June 5, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

By: /s/ *Jason R. Regas*
Marc D. Katz
Fed. Bar No. *pending*
marckatz@andrewskurth.com
Jason R. Regas
Fed. Bar No. 15-62
jasonregas@andrewskurth.com
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX  75201
Phone:  (214)659-4400
Fax:  (214)659-4401

**ATTORNEYS FOR DEFENDANT,
BASIC ENERGY SERVICES, INC.**

AGREED TO:


 /s/ *Jeremi K. Young*      on 5/20/15__
Jeremi K. Young, Esq.