IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CHANCE MARLAR AND MICHAEL RASMUSSEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED § § § § §<br><br>Plaintiffs, § §<br>v. § §<br>BASIC ENERGY SERVICES, INC. § A DELAWARE CORPORATION, § D/B/A BASIC ENERGY SERVICES § | CIVIL ACTION NO. 2:15-cv-00241-GBW/SMV |

## ORDER GRANTING SEAN THOMAS', TEAGAN BROWN'S, AND DONALD BURKE'S JOINT MOTION TO DISMISS

Before the Court is Plaintiffs' and Defendant's Joint Motion to Dismiss Sean Thomas's, Teagan Brown's, and Donald Burke's claims against Defendant. The Court has reviewed the Joint Motion to Dismiss filed by these parties. This motion is GRANTED. It is hereby ordered, adjudged and decreed that Plaintiffs' claims against Defendant are dismissed with prejudice. It is further ordered, adjudged and decreed that the parties shall bear their own costs and fees. It is SO ORDERED.

Signed this ___2nd_____ day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

        Respectfully submitted by,

        THE YOUNG LAW FIRM, PC

By:   /s/ Jeremi K. Young
       Jeremi K. Young
       State Bar No. 24013793
       Rachael Rustmann
       State Bar No. 24073653
       1001 S. Harrison St., Ste 200
       Amarillo, Texas  79101
       (806) 331-1800
       (806) 398-9095 (fax)
       jyoung@youngfirm.com
       rachael@youngfirm.com

       KRAFT AND HUNTER, LLP

       Richard L. Kraft
       P.O. Box 850
       Roswell, NM 88202
       (575) 625-2000
       (575) 625-2010 (Fax)
       Attorneys for Plaintiffs & Class Members

       *ATTORNEYS FOR PLAINTIFFS*

Electronically Approved on 6/1/15:

/s/ Jason Regas
Jason Regas

ORDER GRANTING SEAN THOMAS', TEAGAN BROWN'S, AND DONALD BURKE'S JOINT MOTION TO DISMISS      2